DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN JONES,**
Appellant,

v.

**INTUIT FINANCING, INC.** and **FORTYNINEGROUP, LLC,**
Appellees.

No. 4D2025-2863

[July 2, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; M. Katherine Mullinax, Judge; L.T. Case No. 502024CC003749XXXAMB.

John Jones, Lake Worth, pro se.

David Andrew Wolfe of Weltman, Weinberg & Reis, Co. L.P.A., Troy, MI, for appellee Intuit Financing, Inc.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***